**JODI S. HOWLETT, ESQ. (#039272007)**
**Cleary Giacobbe Alfieri Jacobs, LLC**
955 State Route 34, Suite 200
Matawan, New Jersey 07747
(732) 583-7474
Counsel for Defendant
Jersey City Board of Education (incorrectly pled as Jersey City Public Schools)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RADIAH BRADLEY,<br><br>          Plaintiff,<br><br>v.<br><br>JERSEY CITY PUBLIC SCHOOLS, JOHN DOES 1-10, AND XYZ CORP. 1-10,<br><br>          Defendants. | *Civil Action*<br><br>Docket No.:  2:20-CV-12187<br><br>**NOTICE OF REMOVAL** |

TO:    **THE HONORABLE FREDA L. WOLFSON, CHIEF JUDGE,**
       **UNITED STATES DISTRICT COURT AND**
       **JUDGES OF THE UNITED STATES DISTRICT COURT**
       **FOR THE DISTRICT OF NEW JERSEY**

ON NOTICE TO:

Clerk, Superior Court of New Jersey          Ty Hyderally, Esq.
Hudson County Superior Court                 Hyderally & Associates, P.C.
595 Newark Avenue                            33 Plymouth Street, Suite 202
Jersey City, NJ 07306                        Montclair, New Jersey 07042

**PLEASE TAKE NOTICE** that Defendant, Jersey City Board of Education (incorrectly

pled as Jersey City Public Schools), notice the removal of this action, pursuant to

28 U.S.C. §§ 1331, 1332 and 1441, et seq., from the Superior Court of New Jersey, Hudson, Law

Division to the United States District Court for the District of New Jersey, and as grounds

therefore show as follows:

## TIMELINESS OF REMOVAL

1.      On or about August 5, 2020, Plaintiff, Radiah Bradley served a Summons and Complaint on the Jersey City Board of Education (the "District" or "Defendant").

2.      The Complaint contains three (3) Counts.

3.      The First Count alleges that the District "retaliated against Plaintiff and terminated her in retaliation for Plaintiff having taken FMLA leave."

4.      The Second Count alleges that the District "violated the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 *et seq.,* by discriminating against Plaintiff due to perceiving Plaintiff as handicapped and/or disabled."

5.      The Second Count alleges that the District "violated the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 et seq., by retaliating against Plaintiff for engaging in the protected activity of taking disability leave and/or medical leave and/or requesting reasonable accommodations due to the medical/disability leave."

6.      The Supreme Court of the United States has affirmatively established that the thirty (30) day period to remove an action to federal court begins to run on the date of service of the Summons.  Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 354 (1999).

7.      Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after the named Defendant was served.

## BASIS FOR REMOVAL

8.      This action is properly removable under 28 U.S.C. § 1441(a)-(c), because the

United States District Court has original jurisdiction in this case under 20 U.S.C. § 1415, which

provides as follows:

> Any party aggrieved by the findings and decision made under
> subsection (f) or (k) who does not have the right to an appeal under
> subsection (g), and any party aggrieved by the findings and
> decision made under this subsection, shall have the right to bring
> civil action with respect to the complaint presented pursuant to this
> subsection, which action may be brought in any State court of
> competent jurisdiction or in a district court of the United States,
> without regard to the amount in controversy.
>
> The district courts of the United States shall have jurisdiction of
> actions brought under this section without regard to the amount of
> controversy.

9.      Attached hereto as Exhibit A is a true and accurate copy of all documents filed in

the Superior Court action entitled, *Radiah Bradley v. Jersey City Public Schools, John Does*

*1-10, And XYZ Corp. 1-10*, HUD-L-02632-20.

10.     In the Complaint, Plaintiff alleges that Defendant violated Plaintiff's civil and

other rights granted by the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 *et seq*.  See

Exhibit A, Complaint, Counts II and III.

11.     In the Complaint, Plaintiff alleges that Defendant violated Plaintiff's civil and

other rights granted by the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1 *et seq*.  See

Exhibit A, Complaint, Counts II and III.

12.     Accordingly,   this   Court   has   subject   matter   jurisdiction   pursuant   to

20 U.S.C. § 1415.

13.     Defendant has not previously sought similar relief.

WHEREFORE, Defendant, Jersey City Board of Education, respectfully requests this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action to the United States District Court for the District of New Jersey.

Respectfully submitted,

CLEARY GIACOBBE ALFIERI JACOBS, LLC
Attorneys for Defendant, Jersey City Board of Education

By**:** *ls/Jodi S. Howlett*
    JODI S. HOWLETT

Dated: September 1, 2020

## LOCAL CIVIL RULE 11.2 CERTIFICATION

I, Jodi S. Howlett, Esq., counsel for Defendant, Jersey City Board of Education, certify that the matter in controversy is not the subject of any other action pending in any court nor any pending arbitration or administrative proceeding.

Cleary Giacobbe Alfieri Jacobs, LLC
Attorneys for Defendant, Jersey City Board of Education

By**:** *ls/Jodi S. Howlett*
    JODI S. HOWLETT

Dated:  September 1, 2020

4

**CERTIFICATION OF FILING AND SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Notice of Removal, Civil Cover Sheet and Disclosure Statement, with the United States District Court for the District of New Jersey, and forwarded a courtesy copy sent via NJ Lawyers Service, to:

> William T. Walsh, Clerk
> United States District Court for
>  the District of New Jersey
> Clarkson S. Fisher & U.S. Courthouse
> 402 East State Street, Room 2020
> Trenton, NJ  08608

I also hereby certify that on this day, I served a copy of the within Notice of Removal, Civil Cover Sheet and Disclosure Statement, via email and NJ Lawyers Service, upon Plaintiff's counsel as follows:

> Ty Hyderally, Esq.
> Hyderally & Associates, P.C.
> 33 Plymouth Street, Suite 202
> Montclair, NJ 07042
> tyh@employmentlit.com

I also hereby certify that on this day, I electronically filed and served a copy of the foregoing Notice of Removal, Civil Cover Sheet and Disclosure Statement, upon Hudson County Superior Court via NJ Lawyer's Service as follows:

> Clerk, Superior Court of New Jersey
> Hudson County
> Civil Part, Law Division
> 595 Newark Ave.
> Jersey City, NJ 07306

By**:**   */s/Jodi S. Howlett*
JODI S. HOWLETT

Dated:  September 1, 2020